UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MELISSA EANNUZZO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 06-CA-11922-NG |
| v. ) | |
| ) | |
| FIRST FINANCIAL RESOURCES, INC. ) | |
| and JOHN DOE ) | |
| ) | |
| Defendants. ) | |

**VOLUNTARY DISMISSAL**

The plaintiff, Melissa Eannuzzo, by and through counsel, gives notice, pursuant to Fed. R. Civ. P. 41(a)(1), of the dismissal of this action with prejudice and without costs,

Respectfully submitted, this 27th day of November, 2006.

MELISSA EANNUZZO,

by her attorney,

*/s/ Nicholas F. Ortiz*

_____
Nicholas F. Ortiz, BBO# 655135
Law Office of Nicholas F. Ortiz, P.C.
306 Dartmouth Street
Suite 501
Boston, MA 02116
(617) 716-0282

1